**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com


Attorney Bar #217035
Attorneys for Alessandra Barajas


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| ALESSANDRA BARAJAS, | ) | No.  SACV 12-1706 CW |
| Plaintiff, | ) | [PROPOSED] ORDER |
| v | ) | AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of FOUR THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($4,600.00) for attorney fees and TWENTY TWO DOLLARS and NO CENTS ($22.00) for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:  December 18, 2013

*Carla M. Woehrle*

_____
THE HONORABLE CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE

1